Sumner *et al. v.* Dunkin.

---

## SUMNER ET AL *v.* DUNKIN.

From the Putnam Circuit Court.

*S. Claypool* and *L. P. Chapin*, for appellants.

*C. C. Matson*, for appellee.

DOWNEY, J.—When the trial is by the court, and there is a special finding, according to sec. 341, p. 207, 2 G. & H., with conclusions of law, and no exception is taken to such conclusions of law, the question as to their correctness or incorrectness is not reserved so as to be decided by this court. *The Montmorency Gravel Road Co.* v. *Rock*, 41 Ind. 263.

The judgment is affirmed, with costs.